ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sandra Williams on behalf of T.W., a minor child. | ) ) | CASE NO. 5:13CV661 |
| Plaintiff, | ) ) ) | Judge John R. Adams |
| v. | ) ) | ORDER |
| James Nice, et al., | ) ) | |
| Defendants. | ) | |

The complaint in this matter was filed on March 26, 2013. The plaintiff is Sandra Williams on behalf of her minor child, T.W. The complaint, however, contains the full name of the minor child. Consistent with Local Rule 8.1(a)(2), the name of the minor child will be removed from the Court's docket and the initials of the child shall be used instead. ("Names of minor children. If the involvement of a minor child must be mentioned, only the initials of that child should be used.") Furthermore, the parties are advised to similarly redact all future filings in this matter.

The complaint is hereby placed UNDER SEAL. Plaintiff shall file a redacted complaint within 14 days of this order.

IT IS SO ORDERED.

March 27, 2013                                    /s/ John R. Adams
Date                                              Judge John R. Adams
                                                  United States District Court